EMIL HENRY GREIBACH, Appellant, v. SONOTONE CORPORATION, Defendant, Impleaded with HUGO LIEBER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.